■ In the Matter of KENNETH BROWN, Appellant, v BENJAMIN WARD, as Police Commissioner of the City of New York, et al., Respondents—Judgment, Supreme Court, New York County (Edward Greenfield, J.), entered on February 22, 1985, unanimously affirmed for the reasons stated by Edward Greenfield, J., without costs and without disbursements. Concur—Murphy, P. J., Sandler, Asch, Kassal and Wallach, JJ.